IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DOUGLAS M. WILLIAMS,              )<br>                                   )<br>     Plaintiff,                   )<br>                                   )<br>     v.                            )<br>                                   )<br>GE MONEY BANK, a foreign          )<br>corporation, et al.,              )<br>                                   )<br>     Defendants.                   ) | CIVIL ACTION NO.<br>  2:09cv718-MHT<br>       (WO) |

## JUDGMENT

Pursuant to the notice of voluntary dismissal (Doc. No. 23), it is the ORDER, JUDGMENT, and DECREE of the court that defendant GE Money Bank and the claims against it are dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of October, 2009.

                               /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE