IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS M. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv718-MHT |
| | ) | (WO) |
| GE MONEY BANK, a foreign | ) | |
| corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal with prejudice (Doc. No. 29), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Equifax Information Services, LLC and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of October, 2009.

              /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE