IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS M. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv718-MHT |
| | ) | (WO) |
| GE MONEY BANK, a foreign corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the notice of voluntary dismissal (Doc. No. 32), it is the ORDER, JUDGMENT, and DECREE of the court that defendant First USA Bank, N.A., and the claims against it are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of January, 2010.

           /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE