IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOUGLAS M. WILLIAMS,         )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )      2:09cv718-MHT
                             )          (WO)
GE MONEY BANK, a foreign     )
corporation, et al.,         )
                             )
    Defendants.              )
```

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Douglas M. Williams's motion to dismiss with prejudice (doc. no. 37) is granted and that defendant Experian Information Solutions, Inc., and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.  The court assumes that defendant Experian Information Solutions, Inc., has no objection to the allowance of the dismissal; however, if it does, it must file the objection within seven days from the date of this order.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is now closed.**

**DONE, this the 9th day of August, 2010.**

                                /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**